■ In the Matter of PAUL BURRELL, Respondent, v DONALD KURDZIEL, as Town of Farmersville Highway Superintendent, et al., Appellants. (Appeal No. 1.) [705 NYS2d 913] —Appeal unanimously dismissed without costs (see, Matter of Eric D. [appeal No. 1], 162 AD2d 1051). (Appeal from Judgment of Supreme Court, Cattaraugus County, Feeman, Jr., J.—CPLR art 78.) Present—Pigott, Jr., P. J., Pine, Wisner and Scudder, JJ.